DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS
STATE OF LOUISIANA
DIXON CORRECTIONAL INSTITUTE

JEFF M. LANDRY
GOVERNOR

JAMES M. LE BLANC
SECRETARY

# CERTIFICATION OF RECORDS
**********************************

Date: June 4, 2024

To: Office of Attorney General Liz Murrill

From: Dixon Correctional Institute
Molly Maxwell

RE: Desmond Parker 569648
Investigative File

To Whom It May Concern:

The attached are true certified copies of the investigative file for the Desmond Parker incident; including, but not limited to, UORs and Disciplinary Board Reports. This file was prepared by an administrative personnel designated by the Warden, whose responsibility is to provide the requested documents from Dixon Correctional Institute.

6·4·24
Date

Molly G. Maxwell
Molly G. Maxwell

Ashley Bradley
Ashley Bradley
#60357
Ex-Officio Notary
Dept. of Public Safety
&Correction

5/9/2024

# Investigations Case Log

Enter Next Case

Close this Form

Case Number: DCI-22-H-235

Date: 8/2/2022 mm/dd/yyyy

Investigator: SHANNON GIROIR — Use pulldown list or enter as First name Last Nam

Description: S/O BATTERY

| Case Number | Subject Last Name | Subject First Name | Social Security Number | DOC Number |
|---|---|---|---|---|
| DCI-22-H-235 | Parker | Desmond | 0 | 569648 |
| DCI-22-H-235 | Cain | Darrel | 0 | 0 |
| DCI-22-H-235 | Walker | Omar | 0 | 0 |

Capital Region Crime Stoppers
9000 Airline Hwy
Baton Rouge, Louisiana 70815-4103
344-STOP 225-389-3361 www.crimestoppersbr.com

**P3 INTEL**
Confidential
Law Enforcement Use Only

| | |
|---|---|
| Offense Type: **Prea** | Tip ID: **321-H30424** |
| Delivered To: **LA DPS Prea** | Created: **2022/10/05** |
| Follow-Up By: **2022/11/04** | Time: **2:12 PM** |

**Narrative**

Caller, Desmond Parker DOC# 569648 of DCI, wanted to report that he was handcuffed and beaten by Darryl Cain and Omar Walker on August 2, 2022.

**General Information**

**Offense Type**: Prea

Please click here to complete the tip disposition upon conclusion of your investigation. If the link has been disabled, then you can enter Tip ID 321-H30424 along with the Disposition ID (P3 ID) 6192307 into the disposition form located at https://www.p3tips.com/dispo.

Form C-05-001-W-1
01 January 2009

| | | |
|---|---|---|
| | | Chemical agents<br>Naloxone Administration (Staff)<br>Naloxone Administration (Offender) |

| DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED) |
|---|
| ON THE ABOVE DATE AND APPROXIMATE TIME, I CADET MCKELLE BREAUX OBSERVED OFFENDER DESMOND PARKER # 569648 STANDING INTO HE BATHROOM WITH HIS ERECT PENIS IN HIS HAND STOKING IT IN A BACK AND FOURTH MOTION WHILE WATCHING ME. IMMEDIATELY ACTIVATED BEEPER # 0106, BEEPER # 0106 DIDN'T ACTIVATE. CAPTAIN SHIRLEY EBY WAS IN THE AREA. CAPTAIN EBY HANDCUFFED DESMOND PARKER # 569648 AND ESCORTED HIM TO THE BULLPEN. OFFENDER DESMOND PARKER # 569648 WAS PLACED IN I-SEG C. |

| | | |
|---|---|---|
| MCKELLE BREAUX | 08/02/2022 | 03:25 AM |
| REPORTING OFFICER | DATE COMPLETED | TIME COMPLETED |

# LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## DISCIPLINARY REPORT
## INSTITUTION: DCI
## EVACUEE:

Created on 08/02/2022 at 10:08 AM

| 1. Name of Inmate (First Name) (Last Name) | 2. Number | 3. Date of Incident | 4. Time of Incident |
|---|---|---|---|
| DESMOND PARKER | 569648 | 08/02/2022 | Approx. 01:55 AM |

| 5. Place of Incident | 6. Job Assignment (Inmate) | 7. Housing Assignment (Inmate) |
|---|---|---|
| E&F BATHROOM : | CREW 1- BIG STRIPE (C-1) | CELLBLOCK C |

| 8. Rule Violated | 9. Rule Number |
|---|---|
| AGGRAVATED SEX OFFENSES-OBSCENITY, , , , | 21E, , , , |

**10. Description of Incident (Include all relevant information):**

**11. Inmate Placed in Adm/Seg.** ● Yes ○ No

| 12. Signature of reporting employee | 13. Name, Title, Assignment |
|---|---|
| | McKELLE BREAUX, |

| 14. Date of Report | 15. Time of Report | 16. Report (copy) given to above inmate by: | 17. Inmate's Signature: |
|---|---|---|---|
| 08/02/2022 | 03:16 AM | | |

| 18. Plea by Inmate: | 19. Rule / Verdict |
|---|---|
| ● Not Guilty ○ Guilty | 21E / Guilty |

| 20. Date of Hearing: | | 21. Counsel Substitute (Name & DOC Number) | 22. Motions |
|---|---|---|---|
| 08/03/2022 | | Lawence Jones #727288 | ○ No ○ Yes (See Motions Form) Reason |

**23. Reasons for Disposition:**

| | |
|---|---|
| ☒ Report is Clear and Precise | ☐ Lack of credible defense/Little or no defense |
| ☒ Officer\'s version is determined to be more credible than inmate's | ☐ Pled guilty/Accepted guilty plea |
| ☒ Only defense is denying the contents of report | ☐ Inmate presented no evidence to refute the charges |
| ☐ The investigative officer\'s testimony was deemed more truthful and accurate that the inmate's | ☐ Plea bargain |
| ☐ Inmate's demeanor led the board to believe the inmate's testimony was untrue | |
| ☐ Other | |

**24. Reasons for Sentence**

| | |
|---|---|
| ☒ Seriousness of Offense | ☒ The need to protect the institution employees or other |
| ☐ Poor conduct record | |
| ☐ Other | |

**25. Sentence**

| | |
|---|---|
| Reprimand | Extra Duty - Days; Credit for Days |
| Imp. Loss of Yard for 2 Weeks | Isolation - ; Credit for days<br>☐ No Credit for Isolation Breaks |
| Loss of for | Status change to:<br>Quarters - ;<br>Custody -<br>Job - |
| Loss of for | Forfeiture of Good Time - days |
| Loss of for | Transfer to WCB<br>Imp. Transfer to Disciplinary Segregation for 30 days with credit for days |
| Confinement for | Restitution for |
| Combined Reports | Loss of Incentive Pay for weeks. |
| | |

| 27. DISCIPLINARY BOARD: | |
|---|---|
| Cost may be imposed for any property loss, damage, or medical expense occasioned through the fault of an inmate who in so causing the loss, damage, or medical expenses also is found guilty through the disciplinary process of violating one or more of the rules set out in the Disciplinary Rules and Procedures for Adult Inmates. | **Chairman** (Disciplinary Officer) LORI PERRY<br>**Member** JENNY TRAVIS<br>**Member 2** PATRICIA ADAMS |

Completed Upload completed

Form C-05-001-W-1
01 January 2009

Form AM-I-4-w-1
6 June 2021

# DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
# CORRECTIONS SERVICES
# UNUSUAL OCCURRENCE REPORT
# (Category A, B, C Incidents)

## INSTITUTION: DCI

| NAME | NUMBER | DORM OR CELLBLOCK | DATE OF INCIDENT | TIME OF INCIDENT |
|---|---|---|---|---|
| DESMOND PARKER | 569648 | DORM E | 08/02/2022 | 01:55 AM |

| LOCATION OF INCIDENT | WITNESSES |
|---|---|
| E & F BATHROOM | |

### TYPE OF INCIDENT - CHECK APPROPRIATE BOXES

**Category A Incidents:**

Escape
- Escape from inside a secure facility
- Escape from outside a secure facility

Death other than from natural causes/illness
- Accident
- Violence
- Suicide
- Suspicious or unknown cause
- Execution

Assault resulting in life threatening injury
- Offender on staff
- Offender on offender
- Staff on offender

Staff injured in the line of duty resulting in life-threatening injury (excluding assaults)

Other
- Significant property damage
- Significant disruption to unit operations/loss of control (e.g. hostage situation, work stoppage of ten or more [offenders or staff], riot, natural disaster, necessity of tact team/outside assistance, lockdown of all or part of the facility)
- Large scale evacuation of all or significant part of the facility
- Any other significant/high profile incident as determined by the Unit Head

**Category B Incidents:**

Attempted escape

Apprehension of escapee

Death from natural causes/illness

Gunshot, Class I

Assault resulting in significant injury
- Offender on staff
- Offender on offender

Staff injured in the line of duty resulting in significant injury (excluding assaults)

Suicide attempts

Hunger strike
- Individual hunger strike
- Organized hunger strike

Employee arrest (arrested or charged with criminal behavior, other than traffic offense)
- Job-related employee arrests
- Not job-related employee arrests

Other
- Minor disruptions to unit operations (e.g. lockdown of a group of offenders, significant water outages, small fires, limited property damage)
- Small-scale evacuations (e.g. evacuations from a housing unit, gym, kitchen, school, office building, etc.)
- Any other small-scale/minor incident as determined by the Unit Head. If, due to the nature of the incident, it cannot be immediately determined if the incident is a Category A or B incident, it should be reported as a Category A incident.

**Category C Incidents:**

Violation of Rule No. 21, Sex Offenses
- 21.A Nonconsensual sexual act (offender-on-offender)
- 21.B Abusive sexual act (offender-on-offender)
- 21.C Sexual misconduct (offender-on-offender)
- 21.D Sexual misconduct (offender-on-staff or offender-on-non incarcerated person)
- X 21.E Obscenity
- 21.F Other prohibited sexual behavior (offender-on-offender, offender-on-staff, or offender-on-non-incarcerated person)
- 21.G Overt display of affection
- 21.H Failure to report any improper advances made by an employee on an offender

Gunshot (Class II)

Assault resulting in minor injury or no injury
- Fight (offender-on-offender)
- Throwing of substance (offender-on-offender)
- Throwing of substance (offender-on-staff)
- Other assault (offender-on-offender)
- Other assault (offender-on-staff)
- Weapon offender-on-offender)
- Weapon (offender-on-staff)

Suicide Gesture

Hunger strike (both individual and organized)

Use of Force
- Immediate use of force
- Planned use of force
- Cell extractions
- Taser®

Form C-05-001-W-1
01 January 2009

| | | |
|---|---|---|
| | | X Chemical agents<br>Naloxone Administration (Staff)<br>Naloxone Administration (Offender) |

| DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED) |
|---|
| ON 8-2-22 AT APPROXIMATELY 2:30 AM, I MAJOR DARREL CAIN ASSISTED BY CAPTAIN OMAR WALKER WAS CONDUCTING A BRIEF INVESTIGATION IN COMPOUND ONE MAJOR'S OFFICE INVOLVING AN INCIDENT WITH OFFENDER DESMOND PARKER # 569648. UPON QUESTIONING THIS OFFENDER CAPT. WALKER OBSERVED WHAT APPEARED TO BE A CIRCULAR OBJECT CONCEALED WITHIN THE CROUCH AREA OF THIS OFFENDER'S SHORTS. OFFENDER PARKER WAS GIVEN REPEATED ORDERS TO REMOVE HIS CLOTHING IN AN ATTEMPT TO CONDUCT A STRIP SEARCH. OFFENDER PARKER BECAME HOSTILE AND ATTEMPTED TO EXIT THE MAJOR'S OFFICE. CAPT. WALKER IMMEDIATELY GRAB THIS OFFENDER BY HIS UPPER TORSO WHILE I MAJ. CAIN GAVE REPEATED ORDERS FOR OFFENDER PARKER TO PLACE HIS HANDS BEHIND HIS BACK. OFFENDER PARKER CONTINUED TO DEFY ALL ORDERS GIVEN. I MAJ. CAIN DISCHARGED A 1-2 SECOND BURST OF CHEMICAL AGENTS "FREEZE" PLUS TO THIS OFFENDER'S FACIAL AREA. OFFENDER PARKER IMMEDIATELY COMPLIED WITH ORDERS GIVEN AND WAS PLACED IN RESTRAINTS. OFFENDER PARKER WAS EXAMINED BY MEDICAL WITH NO SIGNIFICANT INJURIES AND PLACED IN INVESTIGATIVE SEG "C". |

| DARREL CAIN, CM | 08/02/2022 | 03:00 AM |
|---|---|---|
| REPORTING OFFICER | DATE COMPLETED | TIME COMPLETED |

# LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## DISCIPLINARY REPORT
## INSTITUTION: DCI
## EVACUEE:

Created on 08/02/2022 at 09:52 AM

| 1. Name of Inmate (First Name) (Last Name) | 2. Number | 3. Date of Incident | 4. Time of Incident |
|---|---|---|---|
| DESMOND PARKER | 569648 | 08/02/2022 | Approx. 02:30 AM |

| 5. Place of Incident | 6. Job Assignment (Inmate) | 7. Housing Assignment (Inmate) |
|---|---|---|
| COMPOUND ONE MAJORS OFFICE : | CREW 1- BIG STRIPE (C-1) | CELLBLOCK C |

| 8. Rule Violated | 9. Rule Number |
|---|---|
| DEFIANCE, , , , | 3, , , , |

**10. Description of Incident (Include all relevant information):**

**11. Inmate Placed in Adm/Seg.** ● Yes ○ No

| 12. Signature of reporting employee | 13. Name, Title, Assignment |
|---|---|
| | DarREL CAIN, |

| 14. Date of Report | 15. Time of Report | 16. Report (copy) given to above inmate by: | 17. Inmate's Signature: |
|---|---|---|---|
| 08/02/2022 | 03:15 AM | | |

| 18. Plea by Inmate: | 19. Rule / Verdict |
|---|---|
| ● Not Guilty ○ Guilty | 3 / Guilty |

| 20. Date of Hearing: | | 21. Counsel Substitute (Name & DOC Number) | 22. Motions |
|---|---|---|---|
| 08/03/2022 | | Lawence Jones #727288 | ○ No<br>○ Yes (See Motions Form)<br>Reason |

**23. Reasons for Disposition:**

| | |
|---|---|
| ☒ Report is Clear and Precise | ☐ Lack of credible defense/Little or no defense |
| ☒ Officer\'s version is determined to be more credible than inmate's | ☐ Pled guilty/Accepted guilty plea |
| ☒ Only defense is denying the contents of report | ☐ Inmate presented no evidence to refute the charges |
| ☐ The investigative officer\'s testimony was deemed more truthful and accurate that the inmate's | ☐ Plea bargain |
| ☐ Inmate's demeanor led the board to believe the inmate's testimony was untrue | |
| ☐ Other | |

**24. Reasons for Sentence**

| | |
|---|---|
| ☒ Seriousness of Offense | ☒ The need to protect the institution employees or other |
| ☐ Poor conduct record | |
| ☐ Other | |

**25. Sentence**

| | |
|---|---|
| Reprimand | Extra Duty - Days; Credit for Days |
| Imp. Loss of Canteen for 2 Weeks | Isolation - ; Credit for days<br>☐ No Credit for Isolation Breaks |
| Loss of for | Status change to:<br>Quarters - ;<br>Custody -<br>Job - |
| Loss of for | Forfeiture of Good Time - days |
| Loss of for | Transfer to WCB<br>Imp. Transfer to Disciplinary Segregation for 15 days with credit for days |
| Confinement for | Imp. $5.00 Restitution for USE OF CHEMICAL AGENTS |
| Combined Reports | Loss of Incentive Pay for weeks. |
| | |

| 27. DISCIPLINARY BOARD: | |
|---|---|
| Cost may be imposed for any property loss, damage, or medical expense occasioned through the fault of an inmate who in so causing the loss, damage, or medical expenses also is found guilty through the disciplinary process of violating one or more of the rules set out in the Disciplinary Rules and Procedures for Adult Inmates. | **Chairman** (Disciplinary Officer) LORI PERRY<br>**Member** JENNY TRAVIS<br>**Member 2** PATRICIA ADAMS |

Completed Upload completed

Form C-05-001-W-1
01 January 2009

Form AM-I-4-w-1
6 June 2021

# DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
# CORRECTIONS SERVICES
# UNUSUAL OCCURRENCE REPORT
# (Category A, B, C Incidents)

## INSTITUTION: DCI

| NAME | NUMBER | DORM OR CELLBLOCK | DATE OF INCIDENT | TIME OF INCIDENT |
|---|---|---|---|---|
| DESMOND PARKER | 569648 | DORM E | 08/02/2022 | 02:30 AM |

| LOCATION OF INCIDENT | WITNESSES |
|---|---|
| COMPOUND ONE MAJOR'S OFFICE | CAPTAIN OMAR WALKER |

TYPE OF INCIDENT - CHECK APPROPRIATE BOXES

<u>Category A Incidents:</u>

Escape
- Escape from inside a secure facility
- Escape from outside a secure facility

Death other than from natural causes/illness
- Accident
- Violence
- Suicide
- Suspicious or unknown cause
- Execution

Assault resulting in life threatening injury
- Offender on staff
- Offender on offender
- Staff on offender

Staff injured in the line of duty resulting in life-threatening injury (excluding assaults)

Other
- Significant property damage
- Significant disruption to unit operations/loss of control (e.g. hostage situation, work stoppage of ten or more [offenders or staff], riot, natural disaster, necessity of tact team/outside assistance, lockdown of all or part of the facility)
- Large scale evacuation of all or significant part of the facility
- Any other significant/high profile incident as determined by the Unit Head

<u>Category B Incidents:</u>

Attempted escape
Apprehension of escapee
Death from natural causes/illness
Gunshot, Class I
Assault resulting in significant injury
- Offender on staff
- Offender on offender

Staff injured in the line of duty resulting in significant injury (excluding assaults)
Suicide attempts
Hunger strike
- Individual hunger strike
- Organized hunger strike

Employee arrest (arrested or charged with criminal behavior, other than traffic offense)
- Job-related employee arrests
- Not job-related employee arrests

Other
- Minor disruptions to unit operations (e.g. lockdown of a group of offenders, significant water outages, small fires, limited property damage)
- Small-scale evacuations (e.g. evacuations from a housing unit, gym, kitchen, school, office building, etc.)
- Any other small-scale/minor incident as determined by the Unit Head. If, due to the nature of the incident, it cannot be immediately determined if the incident is a Category A or B incident, it should be reported as a Category A incident.

<u>Category C Incidents:</u>

Violation of Rule No. 21, Sex Offenses
- 21.A Nonconsensual sexual act (offender-on-offender)
- 21.B Abusive sexual act (offender-on-offender)
- 21.C Sexual misconduct (offender-on-offender)
- 21.D Sexual misconduct (offender-on-staff or offender-on-non incarcerated person)
- 21.E Obscenity
- 21.F Other prohibited sexual behavior (offender-on-offender, offender-on-staff, or offender-on-non-incarcerated person)
- 21.G Overt display of affection
- 21.H Failure to report any improper advances made by an employee on an offender

Gunshot (Class II)
Assault resulting in minor injury or no injury
- Fight (offender-on-offender)
- Throwing of substance (offender-on-offender)
- Throwing of substance (offender-on-staff)
- Other assault (offender-on-offender)
- Other assault (offender-on-staff)
- Weapon offender-on-offender)
- Weapon (offender-on-staff)

Suicide Gesture
Hunger strike (both individual and organized)
Use of Force
- X Immediate use of force
- Planned use of force
- Cell extractions
- Taser®

DIXON CORRECTIONAL INSTITUTE
ACCIDENT & INCIDENT REPORT

TO BE COMPLETED BY OFFICER OR WORK SUPERVISOR

DATE: 8-2-22 TIME OF ACCIDENT/INCIDENT:

NAME: Desmond Parker NUMBER: 569648 DORM:

OFFENDER WORK ASSIGNMENT: Crew one

LOCATION OF ACCIDENT/INCIDENT: Camp One Maj. Office

DESCRIPTION OF ACCIDENT: Chemical agents used

WITNESSED BY: [signature] UNWITNESSED:

Employee Name

TO BE COMPLETED BY MEDICAL PERSONNEL

TIME ARRIVED: 0250 ARRIVED BY: Ambulatory

INJURY/COMPLAINT: Chemical Agents Used

ASSESSMENT/TREATMENT:

See JHR

TO BE COMPLETED BY OFFENDER

OFFENDER'S STATEMENT:

Refusal [signature]

OFFENDER'S SIGNATURE: [signature] 569648

**08/02/2022 - Sick Call: Symptom Based Sick Call : chemical agent used**
**Provider: Rogelio Perez, RN**
**Location of Care: DIXON CORR INST**

## Encounter Context
**Facility at time of evaluation:** DIXON CORR INST
**Age at Time:** 43 Years Old
DOC ID#: 00569648

## Current Vital Signs
**Previous Height:** 71 (03/23/2022 9:18:36 AM)
**Previous Weight:** 159 (03/23/2022 9:18:36 AM)
**BMI:** 22.26

## Subjective
**Sick Call Type:** Medical
**Sick Call Received:** 08/02/2022
**Triage Type** Face to Face Assessment
**Sick Call Type Description:** chemical agent used
**Chief complaint with onset (approximate time, if injury):** incident occurred prior to coming to infirmary
**Complaint is:** New
**Recent illness or surgery?:** No
**Related to Recent Trauma?:** No
**Injury sustained in altercation?:** No
**New medications or change in last 30 days?:** No

## Review of Systems
GENERAL SYSTEM: Denies Any Sx Related to System.
EYES: Complains of Irritation.
E/N/T: Denies Any Sx Related to System.
CARDIAC: Denies Any Sx Related to System.
**Respiratory:**
PULMONARY: Denies Any Sx Related to System.
GASTROINTESTINAL: Denies Any Sx Related to System.
MUSCULOSKELETAL: Denies Any Sx Related to System.
SKIN: Complains of Open Sores/Wounds. abrasion to right forehead
NEUROLOGIC: Denies Any Sx Related to System.

## Pain Assessment
***Are you currently experiencing any pain?*** *No*

## Objective
Mental Status
**General**

**DESMOND C PARKER**
Male DOB: 01/10/1979 00569648

DOC ID#: 00569648

**General Appearance:** WNL
**Skin**
**Inspection:** Other - abrasion to right forehead, no bleeding noted, washed forehead in restroom
**HEENT**
**External:** Other, WNL - allowed to wash eyes in restroom
**Pupils:** WNL
**HEENT**
**External Ears:** WNL
**External Nose:** WNL
**Hearing:** WNL
**HEENT**
**Neck:** WNL
**Heart**
**Respiratory Effort:** WNL
**Musculoskeletal**
**Gait & Station:** WNL
**Digits & Nails:** Other, WNL - tar stains to fingertips
**Head & Neck:** WNL
**Reflexes:** WNL
**Sensation:** WNL
**Mental Status**
**Judgement & Insight:** Poor
**Orientation:** WNL
**Memory:** WNL
**Mood & Affect:** Other - agitated, noncompliant

## Assessment

**Active Problems:** Rash - non-specific (ICD-782.1) (ICD10-R21), Hepatitis B (ICD-070.30) (ICD10-B19.10), Foot arthropathy (ICD-716.97) (ICD10-M12.879), Condyloma acuminata, penis (ICD-078.11) (ICD10-A63.0), Wolff (Wolfe)-Parkinson-White (WPW) syndrome (ICD-426.7) (ICD10-I45.6), GERD (ICD-530.81) (ICD10-K21.9).

## Plan

**Additional Information:** AAOX3 respirations even and unlabored with steady gait. Instructed to RTC as needed.Sent to CBC, NADN.
**Schedule for Future Follow Up?:** No**Orders Generated**
Diet - Regular [DIETREG]
Regular Duty - With Restrictions [REGDUTYWRE]
Avoid Prolong Standing [NOPROST]
Avoid Prolong Walking [NOPWALK]
No Sports [NOSPORTS]
OTHER [DTYSTOTHER]
TB/TST Annual [TSTANNUAL]
Orthopedics - Followup / Routine [SCT-306253008]
Orthopedics - Followup / Routine [SCT-306253008]
HCP Clinic [OSRHC]
Ultrasound - Initial / Routine [SCT-306253008]
HCP Follow Up [OSRHFU]
Sick Call Work Related [SCw[illegible]RELate]

**DESMOND C PARKER**
Male DOB: 01/10/1979 00569648

DOC ID#: 00569648

**Electronically signed by Rogelio Perez, RN on 08/02/2022 at 3:12 AM**
**Electronically signed by Dan LaFleur, MD. on 08/02/2022 at 5:45 AM**

---

**DESMOND C PARKER**
Male DOB: 01/10/1979 00569648

DOC ID#: 00569648

**08/02/2022 - Sick Call: Sick Call**
**Provider: Robi Dupre', RN**
**Location of Care: DIXON CORR INST**

## Encounter Context
**Facility at time of evaluation:** DIXON CORR INST
**Age at Time:** 43 Years Old
DOC ID#: 00569648

## Current Vital Signs
**Previous Height:** 71 (03/23/2022 9:18:36 AM)
**Previous Weight:** 159 (03/23/2022 9:18:36 AM)
**BMI:** 22.26

## Subjective
**Sick Call Type:** Medical
**Sick Call Received:** 08/02/2022
**Triage Type** Face to Face Assessment
**Sick Call Type Description:** INJURIES TO HEAD, THROAT, GROIN, WRISTS, BACK
**Chief complaint with onset (approximate time, if injury):** "OFFICIALS CAIN AND WALKER BEAT ME WHILE HANDCUFFED AND I HAVE INJURIES TO HEAD, THROAT, GROIN, WRISTS, AND BACK "
**Complaint is:** New
**Recent illness or surgery?:** No
**Related to Recent Trauma?:** No
**Injury sustained in altercation?:** No
**Describe Symptoms:** OFFENDER IS AAOX3; LIMPING WHEN AMBULATING; STATES "OFFICIALS CAIN AND WALKER BEAT ME WHILE HANDCUFFED AND I HAVE INJURIES TO HEAD, THROAT, GROIN, WRISTS, AND BACK " SMALL ABRASION NOTED TO RT TEMPORAL/ RT FOREHEAD; ABRASIONS TO BIL WRISTS; NO REDNESS OR SWELLING NOTED TO NECK; SMALL RED ABRASION NOTED TO UPPER RT TESTICLE; SMALL BRUISE TO MID UPPER BACK; NO DRAINAGE, ALL MINOR, NAD NOTED IBU GIVEN FOR C/O PAIN
**New medications or change in last 30 days?:** No

### Pain Assessment
***Are you currently experiencing any pain?*** *Yes*
**Location of pain:** RT GROIN
**Level of Pain:** 7 Moderate Pain

## Objective

## Assessment
**Active Problems:** Rash - non-specific (ICD-782.1) (ICD10-R21), Hepatitis B (ICD-070.30) (ICD10-B19.10), Foot arthropathy (ICD-716.9[illegible] (ICD10-M12.879), Condyloma acuminata, penis (ICD-078.11)

**DESMOND C PARKER**
Male DOB: 01/10/1979 00569648

DOC ID#: 00569648

(ICD10-A63.0), Wolff (Wolfe)-Parkinson-White (WPW) syndrome (ICD-426.7) (ICD10-I45.6), GERD (ICD-530.81) (ICD10-K21.9).
**Additional Information Pertaining to Assessment:** OFFENDER IS AAOX3; LIMPING WHEN AMBULATING; STATES "OFFICIALS CAIN AND WALKER BEAT ME WHILE HANDCUFFED AND I HAVE INJURIES TO HEAD, THROAT, GROIN, WRISTS, AND BACK " SMALL ABRASION NOTED TO RT TEMPORAL/ RT FOREHEAD; ABRASIONS TO BIL WRISTS; NO REDNESS OR SWELLING NOTED TO NECK; SMALL RED ABRASION NOTED TO UPPER RT TESTICLE; SMALL BRUISE TO MID UPPER BACK; NO DRAINAGE, ALL MINOR, NAD NOTED IBU GIVEN FOR C/O PAIN

## Plan

**ITO comments:** HCP TO ADVISE
**Additional Information:** ALL ABRASIONS ALSO WITNESSED BY TORI PERCY, RN
**Schedule for Future Follow Up?:** No**Orders Generated**
Diet - Regular [DIETREG]
Regular Duty - With Restrictions [REGDUTYWRE]
Avoid Prolong Standing [NOPROST]
Avoid Prolong Walking [NOPWALK]
No Sports [NOSPORTS]
OTHER [DTYSTOTHER]
TB/TST Annual [TSTANNUAL]
Orthopedics - Followup / Routine [SCT-306253008]
Orthopedics - Followup / Routine [SCT-306253008]
HCP Clinic [OSRHC]
Ultrasound - Initial / Routine [SCT-306253008]
HCP Follow Up [OSRHFU]
Sick Call Emergency [EmergencySickcal]

**Electronically signed by Robi Dupre', RN on 08/02/2022 at 11:13 AM**
**Electronically signed by Dan LaFleur, MD. on 08/02/2022 at 11:36 AM**



**Master Data**
10/31/2016 12:42 PM

DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES - DCI
Last updated by CONTROL CENTER on 8/2/2022 at 3:36:25 AM

| | | | |
|---|---|---|---|
| **DOC Number** | 569648 | | |
| **Last Name** | PARKER | **First Name** | DESMOND |
| | | **Race** | |
| | | **Arrival Date** | 10/31/2016 |

## Assignment

| | | | |
|---|---|---|---|
| LIVING ASSIGNMENT | DORM E UNIT 1 | SID NUMBER | |
| | | COVID Vaccination Status: | |
| ACTUAL LOCATION | CELLBLOCK C | WORK | CREW 1- BIG STRIPE (C-1) |
| INTRANSIT | | ESCAPE RISK | Yes |
| SCANNED FILE | ○ Yes ○ No | SPECIAL PROGRAM(S) | |
| SECURITY LEVEL | Med | | |
| AUTHORIZATION | ADM | | |
| SEX OFFENDER | NO | | |
| INVOLVING MINOR? | NO | PREA | |
| | | DIALYSIS | |

Comments: R#3 R#21E PER MAJOR CAIN 08022022;LEE 2-11-22

## Identification

| | | | |
|---|---|---|---|
| HEIGHT | | EYE COLOR | |
| WEIGHT | | HAIR COLOR | |

---------------------------- D E S C R I P T I O N ----------------------------

DOC #..: 00569648 CURRENT LOC: DIXON CORR INST
NAME: PARKER, DESMOND C W/M DOB.......: 01/10/1979

SID NUMBER: 002608217 FBI NUMBER: 938404NB9 SOC.SEC....: 421192237
DRIVER LIC: 00000010080780 - LA STRIKE.....: NO
HGT.......: 5`11 WEIGHT....: 170 HAIR.......: BROWN
EYES......: GREEN COMPLEXION: RUDDY SHOE SIZE.: 105

********************* R E L E A S E I N F O R M A T I O N *******************

DN DNA: Y
OFFENDER CLASS: 02 GT ACT.: 0000 TEST DATE: 09/24/2009
WRED: 12/17/2027
PED: 06/17/2025 - PED @ 75% DS ...: 12/16/2028 FTD: 01/28/2029
ECC DATE: / / ADJUSTED.: 12/16/2028

PB ACTION..: R TOTAL SENTENCE
MS ON TOTAL LOSS OF GT 016YRS/ 00MTH/ 00DAYS
TYPE ACTION: REG TO DATE:
ACTION DATE: 08/07/2018 RESTORED: 0
CTRP Release Factor: 0 DAYS

COMMENTS:
UPDATED EMERGENCY CONTACT

* can not forfeit GT unless earns CTRP.

DETAINER: N DETAINER INFO:

WARRANT.: WARRANT DATE.: WANTED FLASH.:

--------------------- O F F E N S E I N F O R M A T I O N -------------------

SEX OFFENDER..: N
CVNR..: N

| DOCKET NUMBER | PAR CON | HW CR | SENTENCE DATE | MOD1&2 | STATUTE | CNT | TERM YYYMMDD | HW CR | REV FLG | GT ACT | APP JCR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 523312 | ORL | CC | 09/22/16 | HAB/ | SIMPLE ROBBERY | 001 | 0140000 | NA | | 000 | 0645 |
| 523312 | ORL | CC | 09/22/16 | HAB/ | INTIM-IMPED-INJUR | 001 | 0100000 | CC | | 000 | 0645 |
| 525683 | ORL | CS | 11/03/16 | / | BANK FRAUD | 002 | 0020000 | NA | | 280 | 0687 |

## A L I A S

DESMOND PAKER 01/10/79

MISCELLANEOUS SSN(S)

NONE FOUND

## E M E R G E N C Y C O N T A C T

EMERGENCY CONTACT: MICHELLE PARKER RELATION.......: SISTER
EMERGENCY ADDRESS: 330 SUPER SAVER ROAD EMER.CITY/ST: CULLMAN AL
EMERGENCY ZIPCODE: 35055 EMERGENCY PHONE: (256) 338-1417

## P E R S O N A L D A T A

ADDRESS..:1615 PRYTANIA ST NEW ORLEANS, LA 70130
BIRTH CITY: HOUSTON ,TEXAS CITIZEN..: YES
MARITAL ST: DIVORCED CHILDREN: 03 RELIGION..: PENTECOSTAL/HOL
EDUCATION.: 10 YRS. ELOC....: 3 GOVT ASST.:
OCCUPATION: TREE CLIMBER
MOTHER`S NAME: DONNA PARKER FATHER`S NAME: CHARLES PARKER

## S C A R S - M A R K S - T A T T O O S

MARK/INFIRMITY.1: TAT R ARM LITERAL: CROSS
MARK/INFIRMITY.2: TAT CHEST LITERAL: SO COLD
MARK/INFIRMITY.3: LITERAL:
MARK/INFIRMITY.4: LITERAL:
MARK/INFIRMITY.5: LITERAL:

## T R A N S F E R I N F O R M A T I O N

| ASSIGNED LOCATION | PHYSICAL LOCATION | FROM DATE | TYPE SUPV |
|---|---|---|---|
| OAS/SOUTH JAILS | ORLEANS JUSTICE CENTE | 06/04/10 | A NEW CONVICTION/SPLIT |
| NEW ORLEANS DISTRICT | NEW ORLEANS DISTRICT | 06/10/10 | G COMMIT/PROB/GTPS/PAR |
| NEW ORLEANS DISTRICT | NEW ORLEANS DISTRICT | 06/24/10 | B COMMIT /PROB AFT/DO |
| NEW ORLEANS DISTRICT | ABSCOND | 09/09/10 | B ESC OR ABSC |
| NEW ORLEANS DISTRICT | ORLEANS JUSTICE CENTE | 09/22/10 | B FR ESC/ABSC |
| OAS/SOUTH JAILS | JEFFERSON PARISH CORR | 04/28/11 | A COMMIT/PROB/GTPS/PAR |
| OAS/NORTH JAILS | MADISON PARISH SOUTHE | 05/25/11 | A TRANSFER (INTRA UNIT |
| HUNT RECEPTION AND DI | HUNT RECEPTION AND DI | 09/06/11 | A TRANSFER (INTRA DIVI |
| WCC/FORCHT-WADE CORR | WCC/FORCHT-WADE CORR | 10/03/11 | A TRANSFER (INTRA DIVI |
| OAS/NORTH JAILS | BOSSIER MAX SECURITY | 06/19/12 | A ADMN |
| OAS/NORTH JAILS | BOSSIER MEDIUM SECURI | 06/21/12 | A TRANSFER (INTRA UNIT |
| OAS/NORTH JAILS | BOSSIER MAX SECURITY | 07/17/12 | A TRANSFER (INTRA UNIT |
| OAS/NORTH JAILS | RICHLAND PARISH DC AN | 07/24/12 | A TRANSFER (INTRA UNIT |
| OAS/NORTH JAILS | AVOYELLES MARKSVILLE | 11/27/12 | A TRANSFER (INTRA UNIT |

(transfers continued next page)

------------------- T R A N S F E R   I N F O R M A T I O N -------------------

| ASSIGNED LOCATION | PHYSICAL LOCATION | FROM DATE | TYPE SUPV |
|---|---|---|---|
| OAS/SOUTH JAILS | ORLEANS JUSTICE CENTE | 12/13/12 | A TRANSFER (INTRA UNIT |
| OAS/SOUTH JAILS | ORLEANS REENTRY | 12/17/12 | A TRANSFER (INTRA UNIT |
| OAS/SOUTH JAILS | ORLEANS JUSTICE CENTE | 02/19/13 | A TRANSFER (INTRA UNIT |
| HUNT RECEPTION AND DI | HUNT RECEPTION AND DI | 03/19/13 | A TRANSFER (INTRA DIVI |
| WINN CORR CTR | WINN CORR CTR | 05/06/13 | A TRANSFER (INTRA DIVI |
| NEW ORLEANS DISTRICT | NEW ORLEANS DISTRICT | 07/26/13 | G COMMIT/PROB/GTPS/PAR |
| NEW ORLEANS DISTRICT | RELEASE | 02/03/14 | G EXPIRATION OF TERM |
| OAS/SOUTH JAILS | ORLEANS JUSTICE CENTE | 06/02/15 | A NEW CONVICTION/COMMI |
| NEW ORLEANS DISTRICT | ORLEANS JUSTICE CENTE | 06/16/15 | G SUPERVISION TO DETAI |
| NEW ORLEANS DISTRICT | RELEASE | 12/17/15 | G EXPIRATION OF TERM |
| OAS/SOUTH JAILS | ORLEANS JUSTICE CENTE | 09/22/16 | A NEW CONVICTION/COMMI |
| HUNT RECEPTION AND DI | HUNT RECEPTION AND DI | 10/04/16 | A TRANSFER (INTRA DIVI |
| DIXON CORR INST | DIXON CORR INST | 10/31/16 | A TRANSFER (INTRA DIVI |

DCI1M

PRINTED BY 09/10/21