**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **DESMOND PARKER (#569648)** | : **CIVIL ACTION** |
| | : **NO. 23-663-JWD-RLB** |
| **VERSUS** | : **JUDGE JOHN W. deGRAVELLES** |
| **OMAR WALKER, ET AL.** | : **MAGISTRATE JUDGE RICHARD L. BOURGEOIS** |

**************************************************************************

# DEFENDANT CAIN'S FIRST SET OF INTERROGATORIES

TO: ***Pro Se Plaintiff***
Desmond Parker
DOC# 569648
P.O. Box 788
Jackson, LA 70748

Now comes Defendant, Darrel Cain, who propounds the following INTERROGATORIES to inmate plaintiff, Desmond Parker (#569648), to be answered under oath and in writing, in accordance with the Federal Rules of Civil Procedure and the following definitions:

## DEFINITIONS & INSTRUCTIONS

A. The term "person" shall mean any individual, partnership, firm, corporation, association, joint venture, or any other business or legal entity.

B. The term "document" shall mean the original or a copy of any written, printed, typed, photocopied, arid graphic matter of any kind or character, and any recorded material, however produced or reproduced, in your possession or control or known by you to exist, including, without limiting the generality of the foregoing, all drafts, contracts, diaries, calendars, desk pads, correspondence, communications, teletypes, memoranda (whether internal or external), notes, studies, reports, records (including medical and mental health) lists, minutes and entries in books of account relating or referring in any way to the subject matter of these discovery requests.

C. The terms "you" and "yours" shall mean Desmond Parker as well as every other individual who, because acting as your representative, can be required by you to furnish information, including any person acting on your behalf as your representative in the investigation or preparation of this action.

The terms "identify" or "identification" and "describe" or "description":

1. When used in reference to an individual, shall mean to state its full name, present or last known residence, and business affiliation and business address;

2. When used in reference to a corporation, shall mean to state its full name, its state of incorporation, anal its principal place of business;

3. When used in reference to a person other than an individual or corporation, shall mean to state its official name, its organizational form and its address;

4. When used in reference to a document, shall mean to state the type of document, date, author, addressee, title, its present location, the name and address of its custodian, and the substance of the contents thereof. In lieu of identifying any document, copies thereof may be furnished;

5. When used in reference to an agreement or contract, shall mean to state the names of each party to the agreement or contract, the date on which it was entered into, the place it was confected, its term, and/or conditions, its present location, the name and address of its custodian, and the substance and contents thereof. If the agreement and contents have been amended that fact must be stated and the foregoing information furnished on each such amendment. In lieu of identifying any such agreement or contract, copies thereof may be furnished; and

6. When used in reference to any act, occurrence, occasion, meeting, transaction, or conduct, the term shall mean to set forth the event or events constituting such act, its location, the date and persons participating, present or involved, and the documents relating or referring in any way thereto; when used in reference to any discussion, conversation, communication or statement, the term shall mean, in addition to the foregoing, to set forth the substance of the discussion.

D. These discovery requests are deemed to be continuing in nature, and in the event inmate plaintiff becomes aware of or acquires in its possession, custody or control additional information responsive to these discovery requests, and accordingly plaintiff is requested to supplement his ANSWERS/RESPONSES promptly.

E. If the ANSWER to any part of an INTERROGATORY is not presently known or available, furnish all information currently known or available, specify each portion of the INTERROGATORY that cannot be completely answered, and respond to the entire INTERROGATORY by SUPPLEMENTAL ANSWER in writing and under oath thereafter, within a reasonable time period from the time that any additional responsive information becomes known or available.

F. Respond to all subparts of each question separately.

G. To the extent that an INTERROGATORY calls for information to be provided in more detail than is available, respond to such INTERROGATORY by providing all information responsive thereto, in whatever detail is available.

## INTERROGATORIES

**Interrogatory No. 1:**

Please identify all individuals, including inmates housed at Dixon Correctional Institute or any other Department of Corrections facility, who you may call as witnesses including rebuttal and/or impeachment witnesses at the trial of this matter. In doing so, provide a detailed description of the substance of each potential witness's expected and/or anticipated testimony, and identify in as much detail as possible the discoverable information he or she possesses.

**Interrogatory No. 2:**

Please describe in detail the timeline of events that sets forth your claims in this matter.

**Interrogatory No. 3:**

Please identify any and all documents which you may introduce at trial of this matter as exhibits, including any documents you may use for impeachment and/or rebuttal.

**Interrogatory No. 4:**

Please describe in detail what evidence you have, which you believe proves Defendant, used excessive force on you.

**Interrogatory No. 5:**

Please list any statement, by any person, in your possession relating to the events giving rise to this litigation, including, but not limited to the alleged use of excessive force.

**Interrogatory No. 6:**

Please identify the name and, if known, the address and telephone number of each person (including inmates), that you have discussed the alleged events giving rise to this lawsuit with.

**Interrogatory No. 7:**

Please identify each and every alleged injury you claim to have sustained on August 2, 2022. For each alleged injury, state the name of each doctor who attended or examined you; the number of occasions you were examined for that alleged injury; and the treatment rendered for that alleged injury.

Respectfully submitted,

**LIZ MURRILL**
**ATTORNEY GENERAL**

*/s/ Brittany N. Calecas*
Brittany N. Calecas (#40302)
Assistant Attorney General
**Louisiana Department of Justice**
Litigation Division, Civil Rights Section
1885 North 3rd Street
P. O. Box 94005
Baton Rouge, LA 70804-9005
Telephone: (225) 326-6300
Fax: (225) 326-6495
Email: CalecasB@ag.louisiana.gov

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on July 8, 2024, undersigned filed the above-entitled pleading electronically with the Clerk of Court by using the CM/ECF system and a copy of the foregoing was provided to pro se inmate plaintiff via U.S. First Class Mail, to the below name and address:

**PRO SE**
Desmond Parker
DOC# 569648
P.O. Box 788
Jackson, LA 70748

*/s/Brittany N. Calecas*
Brittany N. Calecas
Assistant Attorney General