United States Middle District Court Of Louisiana

Desmond C. Parker (569648)
Vs.
Omar Walker, Et Al

Case No. 23-663-JWD-RLB
Judge John W. deGravelles
Magistrate Judge
Richard L. Bourgeois

RECEIVED
OCT 01 2024
U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
DEPUTY CLERK

Plaintiff's First Set Of Interrogatories

Now Into Court, comes Plaintiff Desmond Parker who propounds the following Interrogatories to Official defendant Darrel Cain, to be answered under oath & in writing, in accordance with the Federal Rules Of Civil Procedure ........

Interrogatories

Interrogatory 1:
Please identify & provide addresses of all individuals who you may call as witnesses at the trial of this matter.

Interrogatory 2:
Please describe in detail procedure & policy in the use of chemical agent upon an inmate.

Interrogatory 3:
Please identify all Officials that worked unit one of Dixon Correctional Institute on August 2, 2022.... Include full names & addresses for both shifts..

Interrogatory 4:
Please identify all medical staff that was present on both shifts of August 2, 2022

Interrogatory 5:

Please identify any & all documents that you intend to use as exhibit(s) for Summary Judgement or trial in this matter.

Interrogatory 6:

Please describe in detail what evidence you have that justifies the malicious beating & spraying of a chained, bond, & compliant prisoner...

Interrogatory 7:

Please describe in detail procedure & policy for the use of force by an Official upon an inmate.

Interrogatory 8:

Please identify the black to white ratio of inmates that filed a use of excessive force claim against you.

Interrogatory 9:

Please identify any & all person(s) who have filed a sexual harassment claim against you & provide details of that claim

Interrogatory 10:

Do you feel hate towards all white people or is it just inmates that make you malefic? --

Respectfully Submitted,

[signature]

Pro-Se Plaintiff

569648 Desmond C. Parker

Desmond C. Parker 569648
P.O. Box 788 Jackson, La. 70748

BATON ROUGE LA 707
1 OCT 2024 PM 3 L

quadient
FIRST-CLASS MAIL
IMI
$000.97
10/01/2024 ZIP 70748
043M32207135
US POSTAGE

Legal Mail

U.S. MARSHAL
OK
SCREENED

Clerk Of Court
777 Florida St. (ste 139)
Baton Rouge, La. 70801

70801-176699

NOT CENSORED
NOT RESPONSIBLE
FOR CONTENTS

[illegible]

DIXON CORRECTIONAL INSTITUTE
ALL MALE PRISON