## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**DESMOND CHARLES PARKER (#569648)**

**VERSUS**

**OMAR WALKER, ET AL.**

**CIVIL ACTION**

**NO. 23-663-JWD-RLB**

## OPINION

Before the Court is Objection to Magistrate's Report & Recommendation (Doc. 49). While Plaintiff has styled this as an objection to the Magistrate Judge's Report and Recommendation ("R&R"), most of Plaintiff's complaints go to the Magistrate Judge's rulings on Plaintiff's Motion to Amend his Complaint (Doc. 24) and Motion to Compel (Doc. 26). To the extent that this pleading is an objection to the Magistrate Judge's Report and Recommendation, that objection is overruled. After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated October 23, 2024 (Doc. 39), to which an objection was filed and considered (Doc. 49),

**IT IS ORDERED** the Motion to Dismiss (Doc. 23) is granted in part, and the service on defendant Omar Walker be quashed, but that in all other regards, the Motion be denied.

**IT IS FURTHER ORDERED** that: (1) the Clerk of Court be ordered to issue a Summons to Omar Walker at the above address, (2) the United States Marshal be appointed to serve defendant Walker wherever found upon receipt of a completed USM-285 form, (3) the plaintiff be given 45 days to effect service upon defendant Walker, and (4) this matter be referred back to the Magistrate Judge for further proceedings herein.

The Court has reviewed the R&R and agrees with the findings and conclusions and recommendations of the Magistrate Judge. The Court will treat the remainder of Plaintiff's pleading as an objection to the Magistrate Judge's rulings on the Motion to Amend and Motion

*USM – Certified*

to Compel. While these rulings are entitled to deference, the Court has carefully reviewed them and, with or without deference, the Court agrees with the rulings and therefore the Objection is overruled.

The Court has reviewed Plaintiff's Appeal of the Magistrate Judge's Order (Doc. 49) and the orders of the Magistrate Judge (Docs. 40 and 41). The Court finds no error of fact or law. Indeed, the Court agrees with the assessment of the Magistrate Judge.

Rule 72(a) of the Federal Rules of Civil Procedure provides that the Court shall consider objections made by the parties to a magistrate judge's ruling on a non-dispositive matter and "shall modify or set aside any portion of the magistrate's order found to be clearly erroneous or contrary to law." Fed. R. Civ. P. 72(a); see also 28 U.S.C. § 636(b)(1)(A).

Accordingly, there being no basis for the objection to the Magistrate Judge's order, the Plaintiff's Appeal (Doc. 49) to the District Court Judge is DENIED, and the said orders (Docs. 40 and 41) of the Magistrate Judge are hereby AFFIRMED.

Signed in Baton Rouge, Louisiana, on December 2, 2024.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**