**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**DESMOND CHARLES PARKER (#569648)**

**CIVIL ACTION**

**VERSUS**

**NO. 23-663-JWD-RLB**

**OMAR WALKER, ET AL.**

**ORDER**

Considering the order of the district judge (R. Doc. 81),

**IT IS ORDERED** that the Clerk of Court shall refer this matter to the Civil Pro Bono Counsel Panel for an attorney willing to represent the Plaintiff at trial.

Signed in Baton Rouge, Louisiana, on July 28, 2026.

**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**